111 F.3d 126
 Frederick Evans
v.
Martin Horn, Joseph Lehman, Laurence Reid, Jeffrey Beard,
Margaret Moore, Terry Henry, Robert S. Bitner, J. Harvey
Bell, Joseph Mazurkiewicz, Sam Mazzotta, Robert W. Meyers,
Lynn Eaton, Bill Carver, Dave Young, Stuart E. Boone
 NO. 96-7576
 United States Court of Appeals,
Third Circuit.
 Mar 28, 1997
 
 Appeal From: M.D.Pa. ,No.9601394 ,
 Caldwell, J.
 
 
 1
 Affirmed.